**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Elizabeth A. Bronson** | Social Security number or ITIN   **xxx–xx–0187** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN   _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **17–21927–GLT**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Elizabeth A. Bronson
fka Elizabeth A. Fitzgerald

9/6/17

**By the court:**  Gregory L. Taddonio
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-21927-GLT
Elizabeth A. Bronson                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: admin            Page 1 of 2            Date Rcvd: Sep 06, 2017
                               Form ID: 318            Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2017.
db          +Elizabeth A. Bronson,   156 Hawksworth Road,   Greensburg, PA 15601-1530
cr          +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
             Pittsburgh, PA 15233-1828
14417507     Borough of Southwest Greensburg,   564 Stanton Street,   Washington, PA 15301
14417513    +Client Services, Inc.,   3451 Harry Truman Blvd.,   Saint Charles, MO 63301-9816
14417517    +Corry J Sheffler,   Tax Coll,   564 Stanton Street,   Greensburg, PA 15601-4074
14417518    +Daniel Santucci, Esquire,   1 International Plaza,   5th Floor,   Philadelphia, PA 19113-1510
14417523    +GMC Financial,   75 Remittance Drive,   Suite 1738,   Chicago, IL 60675-1738
14417524    +Greater Greensburg Sewage Authority,   PO Box 248,   Greensburg, PA 15601-0248
14417525    +Greater Greensburg Sewage Authority,   210 W Otterman Street,   Greensburg, PA 15601-2225
14417527    +MRS Associates, Inc.,   1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
14417528    +National Enterprise System,   2479 Edison Blvd, Unit A,   Twinsburg, OH 44087-2476
14417529    +Nationwide Credit, Inc.,   PO Box 26314,   Lehigh Valley, PA 18002-6314
14417530    +Northstar Location Services, LLC,   Attn: Financial Services Dept.,   4285 Genesee Street,
             Buffalo, NY 14225-1943
14417532    +PNC Bank,   PO Box 856177,   Louisville, KY 40285-6177
14417531     Peoples Gas,   PO Box 644760,   Pittsburgh, PA 15264-4760
14417534    +Robert N. Polas, Jr., Esquire,   120 Corporate Blvd.,   Norfolk, VA 23502-4952
14417536    +SLS,   8742 Lucent Boulevard, Suite 300,   Highlands Ranch, CO 80129-2386
14417535    +Seventh Avenue,   1515 S 21st Street,   Clinton, IA 52732-6676
14417542     THD/CBNA,   P O Box,   6497,   Sioux Falls, SD 57117-6497


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QJRWALSH.COM Sep 07 2017 04:18:00     James R. Walsh,
             Spence, Custer,Saylor,Wolfe & Rose, LLC,   1067 Menoher Boulevard,   Johnstown, PA 15905-2545
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 07 2017 04:18:51     Pennsylvania Dept. of Revenue,
             Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA  17128-0946
14417505    +EDI: ARSN.COM Sep 07 2017 04:18:00     ARS National Services Inc.,   PO Box 463023,
             Escondido, CA 92046-3023
14417504    +EDI: AMEREXPR.COM Sep 07 2017 04:18:00     American Express,   PO Box 981537,
             El Paso, TX 79998-1537
14417503     EDI: AMEREXPR.COM Sep 07 2017 04:18:00     American Express,   PO Box 1270,
             Newark, NJ 07101-1270
14417506     EDI: BANKAMER.COM Sep 07 2017 04:18:00     Bank of America,   PO Box 15019,
             Wilmington, DE 19886
14417509    +EDI: CAPITALONE.COM Sep 07 2017 04:18:00     Capital One,   PO Box 30281,
             Salt Lake City, UT 84130-0281
14417508     EDI: CAPITALONE.COM Sep 07 2017 04:18:00     Capital One,   PO Box 71083,
             Charlotte, NC 28272-1083
14417510     EDI: CAPITALONE.COM Sep 07 2017 04:18:00     Capital One/Saks,   PO Box 71083,
             Charlotte, NC 28272-1083
14417511    +EDI: CHASE.COM Sep 07 2017 04:18:00     Chase Bank,   PO Box 15298,   Wilmington, DE 19850-5298
14417512    +EDI: CHASE.COM Sep 07 2017 04:18:00     Chase Bank USA,   PO Box 15298,
             Wilmington, DE 19850-5298
14417514    +EDI: WFNNB.COM Sep 07 2017 04:18:00     Comenity Bank/Lnbryant,   PO Box 182789,
             Columbus, OH 43218-2789
14417515    +EDI: WFNNB.COM Sep 07 2017 04:18:00     Comenity Bank/NY&CO,   PO Box 182789,
             Columbus, OH 43218-2789
14417516    +EDI: WFNNB.COM Sep 07 2017 04:18:00     Comenity Bank/VictSecret,   PO Box 182789,
             Columbus, OH 43218-2789
14417519    +E-mail/Text: bankruptcy.bnc@ditech.com Sep 07 2017 04:18:29     Ditech Financial,   PO Box 6172,
             Rapid City, SD 57709-6172
14417520    +EDI: FSAE.COM Sep 07 2017 04:18:00     Firstsource Advantage,   PO Box 628,
             Buffalo, NY 14240-0628
14417521    +EDI: FSAE.COM Sep 07 2017 04:18:00     Firstsource Advantage, LLC,   205 Bryant Woods South,
             Amherst, NY 14228-3609
14417522    +EDI: RMSC.COM Sep 07 2017 04:18:00     GE Capital Retail Bank,   PO Box 985033,
             Orlando, FL 32896-0001
14417526    +EDI: MID8.COM Sep 07 2017 04:18:00     Midland Credit Management Inc,   2365 Northside Drive,
             Suite 300,   San Diego, CA 92108-2709
14417533     EDI: PRA.COM Sep 07 2017 04:18:00     Portfolio Recovery Associates,   120 Corporate Blvd,
             Suite 100,   Norfolk, VA 23502
14418265    +EDI: PRA.COM Sep 07 2017 04:18:00     PRA Receivables Management, LLC,   PO Box 41021,
             Norfolk, VA 23541-1021
14417537    +EDI: RMSC.COM Sep 07 2017 04:18:00     SYNCB/JCPenny,   PO Box 965007,   Orlando, FL 32896-5007
14417538    +EDI: RMSC.COM Sep 07 2017 04:18:00     SYNCB/Lowes,   PO Box 965005,   Orlando, FL 32896-5005
14417539    +EDI: RMSC.COM Sep 07 2017 04:18:00     SYNCB/Sams,   PO Box 965036,   Orlando, FL 32896-5036
14417541    +EDI: WTRRNBANK.COM Sep 07 2017 04:18:00     TD Bank USA/Target Credit,   PO Box 673,
             Minneapolis, MN 55440-0673
14417540    +EDI: WTRRNBANK.COM Sep 07 2017 04:18:00     Target Card Services,   PO Box 660170,
             Dallas, TX 75266-0170
14417543    +EDI: VERIZONCOMB.COM Sep 07 2017 04:18:00     Verizon,   PO Box 15124,   Albany, NY 12212-5124

```
District/off: 0315-2          User: admin            Page 2 of 2              Date Rcvd: Sep 06, 2017
                              Form ID: 318            Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14417544          +E-mail/Text: BKRMailOps@weltman.com Sep 07 2017 04:19:11      Weltman, Weinberg & Reis Co, LPA,
                   323 W. Lakeside Avenue, Suite 200,   Cleveland, OH 44113-1009
                                                                                 TOTAL: 28
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                 Ditech Financial LLC
cr*               +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2017 at the address(es) listed below:
```
          Brian C. Thompson   on behalf of Debtor William  Bronson bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mhodge@t
           hompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonat
           torney.com
          Brian C. Thompson   on behalf of Debtor Elizabeth A. Bronson bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mhodge@t
           hompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonat
           torney.com
          James  Warmbrodt   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          James R. Walsh    jwalsh@spencecuster.com,
           trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
           m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                 TOTAL: 6
```